**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000184
06-JAN-2025
09:07 AM
Dkt. 22 ODSD**

NO. CAAP-24-0000184

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

LEXIS T. COX, Petitioner-Appellee, v.
JOSEPH N. CLENNEY, Respondent-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1FDA-24-0000128)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) On March 20, 2024, Respondent-Appellant Joseph N. Clenney (Clenney) filed the notice of appeal, self-represented;

(2) The statement of jurisdiction and opening brief were due on or before May 24, 2024, and June 24, 2024, respectively;

(3) Clenney failed to file either document, or request an extension of time;

(4) On July 10, 2024, the appellate clerk entered a default notice informing Clenney that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on July 22, 2024, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Clenney could request relief from default by motion; and

(5) Clenney has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, January 6, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge